**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **MicroStrategy Incorporated** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113589 | $64,734.10 | 4/6/2023 | 22105029_5 | 12/29/2022 | $464,734.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113411 | $100,000.00 | 3/27/2023 | 22105029_4 | 12/29/2022 | $464,734.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113301 | $100,000.00 | 3/16/2023 | 22105029_3 | 12/29/2022 | $464,734.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113036 | $100,000.00 | 3/10/2023 | 22105029_2 | 12/29/2022 | $464,734.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112950 | $34,221.00 | 3/3/2023 | 23100143 | 1/31/2023 | $34,221.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112942 | $100,000.00 | 3/3/2023 | 22105029_1 | 12/29/2022 | $464,734.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112701 | $36,065.50 | 2/24/2023 | 22105317 | 12/31/2022 | $36,065.50 |

**Totals:** 7 transfer(s),  $535,020.60